SIDLEY AUSTIN LLP
JEREMY E. ROSENTHAL, ESQ.
California Bar No. 223199 (*Pro Hac Pending*)
E-mail: jrosenthal@sidley.com
555 West Fifth Street
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

SIDLEY AUSTIN LLP
JESSICA C.K. BOELTER, ESQ.
Illinois Bar No. 6277801 (*Pro Hac Pending*)
E-mail: jboelter@sidley.com
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7030
Facsimile: (312) 853-7036

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Facsimile: (702) 382-1169

Attorneys for MGM Resorts International, MGM Grand Hotel, LLC, MGM Grand Condominiums, LLC, MGM Grand Condominiums II, LLC, MGM Grand Condominiums III, LLC, Tower B, LLC, Tower C, LLC, The Signature Condominiums, LLC, Signature Tower 1, LLC, Signature Tower 2, LLC, Signature Tower 3, LLC, and Vendido, LLC

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TURNBERRY/MGM GRAND TOWERS, LLC,<br>☒ Affects this Debtor. | Case No: BK-S-15-13706-abl (Lead Case)<br>Chapter 11<br>**[Proposed] JOINTLY ADMINISTERED** |
| In re:<br><br>TURNBERRY/MGM GRAND TOWER B, LLC,<br>☒ Affects this Debtor. | Case No. BK-S-15-13708-abl<br>Chapter 11 |
| In re:<br><br>TURNBERRY/MGM GRAND TOWER C, LLC,<br>☒ Affects this Debtor. | Case No. BK-S-15-13709-abl<br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that the law firms of Sidley Austin LLP and Larson & Zirzow, LLC, hereby enter their appearance as counsel of record for MGM Resorts International, MGM Grand Hotel, LLC, MGM Grand Condominiums, LLC, MGM Grand Condominiums II, LLC, MGM Grand Condominiums III, LLC, Tower B, LLC, Tower C, LLC, Signature Condominiums, LLC, Signature Tower 1, LLC, Signature Tower 2, LLC, Signature Tower 3, LLC, and Vendido, LLC (hereinafter collectively "MGM") in the above-entitled bankruptcy proceeding and hereby request special notice of all hearings, actions, contested matters and adversary proceedings in these case, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with these proceedings. All notices and copies in response to the foregoing, and all notices required to be mailed to MGM should be directed to:

| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
|---|---|
| Jeremy E. Rosenthal, Esq. | Jessica C.K. Boelter, Esq. |
| 555 West Fifth Street | One South Dearborn |
| Los Angeles, CA 90013 | Chicago, IL 60603 |
| E-mail: jrosenthal@sidley.com | E-mail: jboelter@sidley.com |
| T: (213) 896-6000   F: (213) 896-6600 | T: (312) 853-7030   F: (312) 853-7036 |

LARSON & ZIRZOW, LLC
Attn: Matthew C. Zirzow, Esq.
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
E-mail: mzirzow@lzlawnv.com
T: (702) 382-1170   F: (702) 382-1169

. . .

. . .

. . .

2

Dated: July 1, 2015

Respectfully Submitted:

By: _____
SIDLEY AUSTIN LLP
JEREMY E. ROSENTHAL, ESQ.
555 West Fifth Street
Los Angeles, California 90013

SIDLEY AUSTIN LLP
JESSICA C.K. BOELTER, ESQ.
Illinois Bar No. 6277801 (*Pro Hac Pending*)
One South Dearborn
Chicago, Illinois 60603

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
MATHEW C. ZIRZOW, ESQ.
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101

Attorneys for MGM Resorts International, MGM Grand Hotel, LLC, MGM Grand Condominiums, LLC, MGM Grand Condominiums II, LLC, MGM Grand Condominiums III, LLC, Tower B, LLC, Tower C, LLC, The Signature Condominiums, LLC, Signature Tower 1, LLC, Signature Tower 2, LLC, Signature Tower 3, LLC, and Vendido, LLC