GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*[Proposed] Attorneys for Debtors*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>TURNBERRY/MGM GRAND TOWERS, LLC,<br>☒ Affects this Debtor. | Case No.: 15-13706-abl<br>Chapter 11<br>**JOINTLY ADMINISTERED UNDER CASE NO.: 15-13706-abl** |
| In re :<br>TURNBERRY/MGM GRAND TOWER B, LLC,<br>☒ Affects this Debtor. | Case No.: 15-13708-abl<br>Chapter 11 |
| In re :<br>TURNBERRY/MGM GRAND TOWER C, LLC<br>☒ Affects this Debtor. | Case No.: 15-13709-abl<br>Chapter 11<br>Date: August 3, 2015<br>Time: 1:30 p.m. |

## MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS

Turnberry/MGM Grand Towers, LLC, a Nevada limited liability company, Turnberry/MGM Grand Tower B, LLC, a Nevada limited liability company, and Turnberry/MGM Grand Tower C, LLC, a Nevada limited liability company (collectively, the "Debtors"), debtors and debtors-in-possession, hereby apply to this Court for entry of an order granting Debtors an extension of time to file their schedules and statements up to and including

July 24, 2015.

This motion (the "Motion") is made and based on the following:

1. Debtors filed their respective voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code on June 26, 2015 (the "Petition Date"). In conjunction with the petitions, Debtors also filed their respective lists of parties-in-interest and their addresses, which exceed 3,900 parties-in-interest.

2. Under Bankruptcy Rule 1007(c), Debtors are allowed 14 days from the Petition Date within which to file their schedules and statements (collectively, the "Schedules"). The deadline for Debtors to submit the Schedules to the Court is currently July 10, 2015.

3. The analysis and compilation of the information for the Schedules will take some time given the number of potential creditors, Debtors' complex history and numerous litigations, and the urgency of other demands upon Debtors created by the filing of their petitions. Accordingly, it will not be possible to complete the Schedules within the 14 days allowed under Bankruptcy Rule 1007(c).

4. Pursuant to Bankruptcy Rule 1007(c), Debtors requests an extension of time within which to file their Schedules through and including July 24, 2015.

5. A copy of this Motion has been contemporaneously transmitted to the Office of the United States Trustee.

WHEREFORE, Debtors pray that they be granted an extension of time through and including July 24, 2015, to file their Schedules.

DATED: JULY 6, 2015.

GARMAN TURNER GORDON

By: */s/ Talitha Gray Kozlowski*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
TERESA M. PILATOWICZ, ESQ.
650 White Drive, Suite 100
Las Vegas, Nevada 89119
*[Proposed] Attorneys for Debtors*