GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail:  tpilatowicz@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*[Proposed] Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>TURNBERRY/MGM GRAND TOWERS, LLC,<br><br>☒ Affects this Debtor. | Case No.: 15-13706-abl<br>Chapter 11<br><br>**JOINTLY ADMINISTERED UNDER CASE NO.: 15-13706-abl** |
| In re :<br><br>TURNBERRY/MGM GRAND TOWER B, LLC,<br><br>☒ Affects this Debtor. | Case No.: 15-13708-abl<br>Chapter 11 |
| In re :<br><br>TURNBERRY/MGM GRAND TOWER C, LLC,<br>☒ Affects this Debtor. | Case No.: 15-13709-abl<br>Chapter 11<br><br>Date: August 3, 2015<br>Time: 1:30 p.m. |

**NOTICE OF HEARING ON: (1) APPLICATION FOR ORDER APPROVING EMPLOYMENT OF GARMAN TURNER GORDON LLP AS ATTORNEYS FOR THE DEBTORS NUNC PRO TUNC TO THE PETITION DATE; AND (2) APPLICATION FOR ORDER APPROVING: (I) THE EMPLOYMENT OF ANDARE CORP AS MANAGER OF THE DEBTORS PURSUANT TO 11 U.S.C. § 363 NUNC PRO TUNC TO THE PETITION DATE; AND (II) DR. KENNETH W. WILES AS THE DEBTORS' <u>DESIGNATED RESPONSIBLE PERSON</u>**

**NOTICE IS HEREBY GIVEN** that an *Application for Order Approving Employment of Garman Turner Gordon LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date*

and an *Application for Order Approving: (I) the Employment of Andare Corp as Manager of the Debtors Pursuant to 11 U.S.C. § 363 Nunc Pro Tunc to the Petition Date; and (II) Dr. Kenneth W. Wiles as the Debtors' Designated Responsible Person* (together, the "Applications") were filed on July 1, 2015 and July 7, 2015 by Turnberry/MGM Grand Towers, LLC, a Nevada limited liability company, Turnberry/MGM Grand Tower B, LLC, a Nevada limited liability company; and Turnberry/MGM Grand Tower C, LLC (collectively, the "Debtors"). The Applications seeks entry of separate orders: (i) authorizing Debtors to retain the law firm of Garman Turner Gordon LLP as their attorneys in the above-captioned Chapter 11 Cases *nunc pro tunc* to the Petition Date; and (ii) authorizing Debtors to employ and retain Andare Corp as Debtors' manager and to designate Dr. Kenneth W. Wiles as Debtors' designated responsible person in the Chapter 11 Cases. Any opposition to the Applications must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Applications. or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and

- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Applications will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Bankruptcy Courtroom No.1, Las Vegas, Nevada 89101, on August 3, 2015, at the hour of 1:30 p.m.

DATED this 7th day of July, 2015.

GARMAN TURNER GORDON

By: */s/Talitha Gray Kozlowski*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
TERESA M. PILATOWICZ, ESQ.
650 White Drive, Suite 100
Las Vegas, Nevada 89119
*[Proposed] Attorneys for Debtors*