FENNEMORE CRAIG, P.C.
Thomas H. Fell (No. 003717)
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: tfell@fclaw.com

*Attorneys for Creditor KJH & RDA Investor Group, LLC*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In re:<br><br>TURNBERRY/MGM GRAND TOWERS, LLC<br><br>☒ Affects this Debtor. | Case No.: 15-13706-abl<br>Chapter 11<br><br><br>**JOINTLY ADMINISTERED UNDER CASE NO.: 15-13706-abl** |
|---|---|
| In re:<br><br>TURNBERRY/MGM GRAND TOWER B, LLC<br><br>☒ Affects this Debtor. | Case No.: 15-13708-abl<br>Chapter 11 |
| In re:<br><br>TURNBERRY/MGM GRAND TOWER C, LLC<br><br>☒ Affects this Debtor. | Case No.: 15-13709-abl<br>Chapter 11<br><br>Date: N/A<br>Time: N/A |

### AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that Thomas H. Fell of the law firm of Fennemore Craig, P.C., hereby enters his appearance on the record as counsel to KJH & RDA Investor Group, LLC ("Creditor") in the above-captioned proceeding pursuant to Bankruptcy Rule 9010(b), and request special notice of all hearings, actions, contested matters, and proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings. All notices and copies in response to the foregoing and, pursuant to Bankruptcy Rule 2002(g), all notices required to be mailed to Creditor should be sent to the following address:

10610747.1/099504.0039

|   |   |
|---|---|
| 1 | FENNEMORE CRAIG, P.C. |
| 2 | Attn: Thomas H. Fell |
|   | 300 S. Fourth Street, Suite 1400 |
| 3 | Las Vegas, NV 89101 |
|   | Phone: 702-692-8000 |
| 4 | Fax: 702-692-8099 |
|   | tfell@fclaw.com |

DATED this 10th day of July, 2015.

FENNEMORE CRAIG, PC

By: _/s/ Thomas H. Fell_
Thomas H. Fell
*Attorneys for Creditor*
*KJH & RDA Investor Group, LLC*