NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  BK−15−13706−abl
CHAPTER 11

TURNBERRY/MGM GRAND TOWERS, LLC

Debtor(s)  AMENDED ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by JORDI GUSO , DANIEL R. MCNUTT is **GRANTED**.

Dated: 7/15/15

Mary A. Schott
Clerk of Court