GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
MARK M. WEISENMILLER, ESQ.
Nevada Bar No. 12128
E-mail:  mweisenmiller@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000; Facsimile (725) 777-3112
*[Proposed] Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>TURNBERRY/MGM GRAND TOWERS, LLC,<br><br>☒ Affects this Debtor. | Case No.: 15-13706-abl<br>Chapter 11<br><br>**JOINTLY ADMINISTERED UNDER CASE NO.: 15-13706-abl** |
| In re :<br><br>TURNBERRY/MGM GRAND TOWER B, LLC,<br><br>☒ Affects this Debtor. | Case No.: 15-13708-abl<br>Chapter 11 |
| In re :<br><br>TURNBERRY/MGM GRAND TOWER C, LLC<br>☒ Affects this Debtor. | Case No.: 15-13709-abl<br>Chapter 11<br><br>Date:  August 31, 2015<br>Time:  9:30 a.m. |

**NOTICE OF HEARING ON: (i) MOTION FOR ENTRY OF ADMINISTRATIVE PROCEDURES ORDER: (1) ESTABLISHING BAR DATE FOR FILING PROOFS OF CLAIM; (2) APPROVING THE FORM AND MANNER FOR FILING PROOFS OF CLAIM; AND (3) LIMITING NOTICE OF DOCUMENTS FILED AFTER THE GENERAL BAR DATE TO THOSE PARTIES ASSERTING CLAIMS OR REQUESTING NOTICE; (ii) MOTION FOR ORDER AUTHORIZING MAINTENANCE OF PRE-PETITION BANK ACCOUNTS; (iii) DEBTORS' MOTION FOR AN ORDER: (I) AUTHORIZING POST-PETITION FINANCING, (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (III) APPROVING LOAN DOCUMENTS RELATING TO THE FOREGOING, (IV) GRANTING RELIEF FROM THE AUTOMATIC STAY AND ADEQUATE PROTECTION, AND (V) GRANTING OTHER RELATED RELIEF; and (iv) APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF MORRIS LAW GROUP AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE PURSUANT TO 11 U.S.C. §§ 327(e) AND 328(a)**

**NOTICE IS HEREBY GIVEN** that the following motions and application (collectively, the "Motions") were filed on July 30, 2015 and July 31, 2015 by Turnberry/MGM Grand Towers, LLC, a Nevada limited liability company, Turnberry/MGM Grand Tower B, LLC, a Nevada limited liability company, and Turnberry/MGM Grand Tower C, LLC (collectively, the "Debtors"):

- The *Motion For Administrative Procedures Order: (1) Establishing Bar Date For Filing Proofs Of Claim; (2) Approving The Form And Manner For Filing Proofs Of Claim; And (3) Limiting Notice of Documents Filed After The General Bar Date To Those Parties Asserting Claims Or Requesting Notice;*

- The *Motion For Entry Of Administrative Procedures Order: (1) Establishing Bar Date For Filing Proofs Of Claim; (2) Approving The Form And Manner For Filing Proofs Of Claim; And (3) Limiting Notice Of Documents Filed After The General Bar Date To Those Parties Asserting Claims Or Requesting Notice;*

- The *Motion For Order Authorizing Maintenance Of Pre-Petition Bank Accounts;*

- *Debtors' Motion For An Order: (I) Authorizing Post-Petition Financing, (Ii) Granting Liens And Providing Superiority Administrative Expense Claims, (Iii) Approving Loan Documents Relating To The Foregoing, (Iv) Granting Relief From The Automatic Stay And Adequate Protection, And (V) Granting Other Related Relief;* and

- The *Application For Order Approving The Employment Of Morris Law Group As Special Litigation Counsel For The Debtors Nunc Pro Tunc To The Petition Date Pursuant To 11 U.S.C. §§ 327(e) And 328(a)*

Any opposition to the Motions must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motions, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court. You *must* also serve your written response on the person who sent you this notice.

Garman Turner Gordon LLP
650 White Drive, Ste. 100
Las Vegas, NV 89119
(725) 777-3000

> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the Motions will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101, on August 31, 2015, at 9:30 a.m.

Dated: July 30, 2015.

                                          GARMAN TURNER GORDON

By: /s/ Talitha Gray Kozlowski
     GREGORY E. GARMAN, ESQ.
     TALITHA GRAY KOZLOWSKI, ESQ.
     MARK M. WEISENMILLER, ESQ.
     650 White Drive, Suite 100
     Las Vegas, Nevada 89119
     *[Proposed] Attorneys for Debtors*