_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 10, 2015

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail:  tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail:  tpilatowicz@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Debtors*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>TURNBERRY/MGM GRAND TOWERS, LLC,<br>☒ Affects this Debtor. | Case No.: 15-13706-abl<br>Chapter 11<br><br>**JOINTLY ADMINISTERED UNDER CASE NO.: 15-13706-abl** |
| In re :<br>TURNBERRY/MGM GRAND TOWER B, LLC,<br>☒ Affects this Debtor. | Case No.: 15-13708-abl<br>Chapter 11 |
| In re :<br>TURNBERRY/MGM GRAND TOWER C, LLC,<br>☒ Affects this Debtor. | Case No.: 15-13709-abl<br>Chapter 11<br><br>Date:  August 3, 2015<br>Time:  1:30 p.m. |

GARMAN TURNER GORDON LLP
650 White Drive, Ste. 100
Las Vegas, NV 89119
725-777-3000

**INTERIM ORDER APPROVING: (I) THE EMPLOYMENT OF ANDARE CORP AS MANAGER OF THE DEBTORS PURSUANT TO 11 U.S.C. § 363 NUNC PRO TUNC TO THE PETITION DATE; AND (II) DR. KENNETH W. WILES AS THE DEBTORS' DESIGNATED RESPONSIBLE PERSON**

Turnberry/MGM Grand Towers, LLC (the "Tower A Debtor"), a Nevada limited liability company, Turnberry/MGM Grand Tower B, LLC (the "Tower B Debtor"), a Nevada limited liability company, and Turnberry/MGM Grand Tower C, LLC (the "Tower C Debtor," and together with the Tower A Debtor and the Tower B Debtor, the "Debtors"), a Nevada limited liability company, debtors-in-possession, filed their *Application for Order Approving: (I) the Employment of Andare Corp as Manager of the Debtors Pursuant to 11 U.S.C.§ 363 Nunc Pro Tunc to the Petition Date; and (II) Dr. Kenneth W. Wiles as the Debtors' Designated Responsible Person* (the "Application")[1] [ECF No. 22], which came on for an initial hearing before the above-captioned Court on August 3, 2015, at 1:30 p.m. (the "Hearing"). The Court reviewed and considered the Application and all matters submitted therewith, as well as the argument of counsel at the Hearing. The Court stated its findings of fact and conclusions of law on the record at the Hearing, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made applicable pursuant to Bankruptcy Rules 7052 and 9014; and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The Application is granted on an interim basis, subject to the Court's approval given after a final hearing on the Application.

2. Debtors are authorized and approved to retain Andare, subject to the terms and conditions of the Engagement Agreements, which are authorized and approved in their entirety on an interim basis.

3. Andare shall be compensated for the services described in the Application and the Engagement Agreements in accordance with the procedures set forth in Sections 330 and 331, applicable provisions of the Bankruptcy Rules, the Local Rules of Bankruptcy Practice for the U.S. District Court for the District of Nevada, the guidelines established by the Office of the

---

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Application.

United States Trustee, and such other procedures as may be fixed by order of this Court.

4. Dr. Kenneth W. Wiles is approved as Debtors' designated responsible person pursuant to Bankruptcy Rule 9001(5).

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6. The final hearing on the Application shall be scheduled for August 31, 2015, at 9:30 a.m.

IT IS SO ORDERED

Prepared and Submitted by:

GARMAN TURNER GORDON LLP

By: */s/ Talitha G. Kozlowski*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    TERESA M. PILATOWICZ, ESQ.
    650 White Drive, Suite 100
    Las Vegas, Nevada 89119
    *Attorneys for Debtors*

## **LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

- Edward McDonald, Esq., Counsel to the United States Trustee - Approved

- Daniel McNutt, Esq., Counsel for Turnberry/Harmon Ave., LLC - Approved

- James Gassenheimer, Esq., Counsel for Turnberry/Harmon Ave., LLC - Approved

- Matthew Zirzow, Esq., Counsel for the MGM-related entities identified at ECF. No. 20 - Approved

- Jeremy Rosenthal, Esq., Counsel for the MGM-related entities identified at ECF. No. 20 - Approved

- Thomas Fell, Esq., Counsel for KKH & RDA Investor Group, LLC - Approved

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###