GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>TURNBERRY/MGM GRAND TOWERS, LLC,<br>☒ Affects this Debtor. | Case No.: 15-13706-abl<br>Chapter 11<br><br>**JOINTLY ADMINISTERED UNDER CASE NO.: 15-13706-abl** |
| In re :<br>TURNBERRY/MGM GRAND TOWER B, LLC,<br>☒ Affects this Debtor. | Case No.: 15-13708-abl<br>Chapter 11 |
| In re :<br>TURNBERRY/MGM GRAND TOWER C, LLC,<br>☒ Affects this Debtor. | Case No.: 15-13709-abl<br>Chapter 11 |

**CERTIFICATE OF SERVICE**

On August 10th, 2015, I served the following document(s):

    a.    *Notice of Entry of Orders*         Dkt. No. 110

I served the above-named document(s) by the following means to the persons as listed below:

    ☒    a.    ECF System: See attached ECF Confirmation Sheets.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of August, 2015.

                                               */s/ Jenifer Cannon*
                                               Jenifer Cannon, an employee of Garman Turner Gordon

# File a Notice:

15-13706-abl TURNBERRY/MGM GRAND TOWERS, LLC

Type: bk                              Chapter: 11 v                              Office: 2 (Las Vegas)
Assets: y                             Judge: abl                                 Case Flag: BAPCPA, JNTADMN, LEAD, CLMAGT

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from TALITHA B. GRAY KOZLOWSKI entered on 8/10/2015 at 10:59 AM PDT and filed on 8/10/2015
**Case Name:**          TURNBERRY/MGM GRAND TOWERS, LLC
**Case Number:**        15-13706-abl
**Document Number:** 110

**Docket Text:**
Notice *of Entry of Orders* Filed by TALITHA B. GRAY KOZLOWSKI on behalf of TURNBERRY/MGM GRAND TOWER B, LLC, TURNBERRY/MGM GRAND TOWER C, LLC, TURNBERRY/MGM GRAND TOWERS, LLC (Related document(s)[105] Order on Application to Employ, [106] Order on Application to Employ, [107] Order on Application to Employ, [108] Order on Miscellaneous Application, [109] Order on Motion to Extend Deadline to File Schedules) (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Exhibit E) (GRAY KOZLOWSKI, TALITHA)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** NOE Orders 105-109.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/10/2015] [FileNumber=28014175-0
] [83c4068540f8bb45ed475b55eb587d46dd440f6f9f84e7a7f34981431cd61f23bbc
95ef6c86922bf41b57205b81dea9c60afac21c657de7b1aa227ec2ff09eeb]]
**Document description:** Exhibit A
**Original filename:** C:\fakepath\EX A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/10/2015] [FileNumber=28014175-1
] [2ddf8d3905e33ae2698905f87c1efd59c228196042dec3a88a01f4d130834542779
3d641d9e7f488e151a32e27c39705c72d525dbe08f2f7139f42d3f1e9a89e]]
**Document description:** Exhibit B
**Original filename:** C:\fakepath\Ex B.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/10/2015] [FileNumber=28014175-2
] [63f8f42ac07f333e2f2190bb8115910d28ba898ea1d4cde98d65a90de35ce7c5b6a
16118761eae88c5e25325b547fdd17d9af3164af8c7cf1b74bc03d41eba11]]
**Document description:** Exhibit C

**Original filename:**C:\fakepath\Ex C.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/10/2015] [FileNumber=28014175-3
] [86a2bc413758bdfacb5a4e8226a825a68945b317b1ab201ee6016d9c24c80b35cb3
d3ebc662f9763b565a499703f032415f34fee5b916f4003116f83a6e3e09f]]
**Document description:**Exhibit D
**Original filename:**C:\fakepath\Ex D.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/10/2015] [FileNumber=28014175-4
] [938d7edcb4a57a748bfb97d1258f415f93e12f40353d537d8eb50ae4c1bcd3d37b6
905efd6606d5b6382c917fb767158c86de41781dc42148b5209032e0ee728]]
**Document description:**Exhibit E
**Original filename:**C:\fakepath\EX E.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/10/2015] [FileNumber=28014175-5
] [9e830c2331dde7a40ed41c3e5e05a45776379c0b803f4149d33fe580e550f80caff
347f06379f901a36d9ff6acaba52d83df9813bf3077d56dea1b7bf173097a]]

**15-13706-abl Notice will be electronically mailed to:**

THOMAS H. FELL on behalf of Creditor KJH & RDA INVESTOR GROUP, LLC
tfell@fclaw.com, aharris@fclaw.com;tmccracken@fclaw.com

THOMAS H. FELL on behalf of Plaintiff KJH & RDA INVESTOR GROUP, LLC.
tfell@fclaw.com, aharris@fclaw.com;tmccracken@fclaw.com

GREGORY E GARMAN on behalf of Debtor TURNBERRY/MGM GRAND TOWER B, LLC
bknotices@gtg.legal, ggarman@gtg.legal

GREGORY E GARMAN on behalf of Debtor TURNBERRY/MGM GRAND TOWER C, LLC
bknotices@gtg.legal, ggarman@gtg.legal

GREGORY E GARMAN on behalf of Debtor TURNBERRY/MGM GRAND TOWERS, LLC
bknotices@gtg.legal, ggarman@gtg.legal

GREGORY E GARMAN on behalf of Jnt Admin Debtor TURNBERRY/MGM GRAND TOWER B, LLC
bknotices@gtg.legal, ggarman@gtg.legal

GREGORY E GARMAN on behalf of Jnt Admin Debtor TURNBERRY/MGM GRAND TOWER C, LLC
bknotices@gtg.legal, ggarman@gtg.legal

JAMES D GASSENHEIMER on behalf of Interested Party TURNBERRY/HARMON AVE., LLC
jgassenheimer@bergersingerman.com, efile@bergersingerman.com

TALITHA B. GRAY KOZLOWSKI on behalf of Debtor TURNBERRY/MGM GRAND TOWER B, LLC
tgray@gtg.legal, vdimaio@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Debtor TURNBERRY/MGM GRAND TOWER C, LLC
tgray@gtg.legal, vdimaio@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Debtor TURNBERRY/MGM GRAND TOWERS, LLC
tgray@gtg.legal, vdimaio@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Jnt Admin Debtor TURNBERRY/MGM GRAND TOWER B, LLC
tgray@gtg.legal, vdimaio@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Jnt Admin Debtor TURNBERRY/MGM GRAND TOWER C, LLC
tgray@gtg.legal, vdimaio@gtg.legal

DANIEL R. MCNUTT on behalf of Interested Party TURNBERRY/HARMON AVE., LLC
drm@cmlawnv.com, lah@cmlawnv.com;mcw@cmlawnv.com

TERESA M. PILATOWICZ on behalf of Debtor TURNBERRY/MGM GRAND TOWER B, LLC
bknotices@gtg.legal, tpilatowicz@gtg.legal

TERESA M. PILATOWICZ on behalf of Debtor TURNBERRY/MGM GRAND TOWER C, LLC
bknotices@gtg.legal, tpilatowicz@gtg.legal

TERESA M. PILATOWICZ on behalf of Debtor TURNBERRY/MGM GRAND TOWERS, LLC
bknotices@gtg.legal, tpilatowicz@gtg.legal

TERESA M. PILATOWICZ on behalf of Jnt Admin Debtor TURNBERRY/MGM GRAND TOWER B, LLC
bknotices@gtg.legal, tpilatowicz@gtg.legal

TERESA M. PILATOWICZ on behalf of Jnt Admin Debtor TURNBERRY/MGM GRAND TOWER C, LLC
bknotices@gtg.legal, tpilatowicz@gtg.legal

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Debtor TURNBERRY/MGM GRAND TOWERS, LLC
mweisenmiller@gtg.legal, vdimaio@gtg.legal

MARK M. WEISENMILLER on behalf of Jnt Admin Debtor TURNBERRY/MGM GRAND TOWER B, LLC
mweisenmiller@gtg.legal, vdimaio@gtg.legal

MARK M. WEISENMILLER on behalf of Jnt Admin Debtor TURNBERRY/MGM GRAND TOWER C, LLC

mweisenmiller@gtg.legal, vdimaio@gtg.legal

MATTHEW C. ZIRZOW on behalf of Creditor MGM GRAND CONDOMINIUMS II, LLC
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor MGM GRAND CONDOMINIUMS III, LLC
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor MGM GRAND CONDOMINIUMS, LLC
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor MGM GRAND HOTEL, LLC
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor MGM RESORTS INTERNATIONAL
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor SIGNATURE TOWER 1, LLC
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor SIGNATURE TOWER 2, LLC
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor SIGNATURE TOWER 3, LLC
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor THE SIGNATURE CONDOMINIUMS, LLC
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor TOWER B, LLC
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor TOWER C, LLC
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor VENDIDO, LLC
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

**15-13706-abl Notice will not be electronically mailed to:**

ANDARE CORP
,

DR. KENNETH W. WILES
11258 CORSICA MIST AVE.
LAS VEGAS, NV 89135

JORDI GUSO on behalf of Interested Party TURNBERRY/HARMON AVE., LLC
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

DAN MCNUTT on behalf of Interested Party TURNBERRY/HARMON AVE., LLC
CARBAJAL & MCNUTT, LLP
625 S. EIGHTH STREET
LAS VEGAS, NV 89101

PRIME CLERK LLC
830 THIRD AVENUE, 9TH FLR
NEW YORK, NY 10022

JEREMY E ROSENTHAL on behalf of Creditor MGM GRAND CONDOMINIUMS II, LLC
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

JEREMY E ROSENTHAL on behalf of Creditor MGM GRAND CONDOMINIUMS III, LLC
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

JEREMY E ROSENTHAL on behalf of Creditor MGM GRAND CONDOMINIUMS, LLC
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

JEREMY E ROSENTHAL on behalf of Creditor MGM GRAND HOTEL, LLC
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

JEREMY E ROSENTHAL on behalf of Creditor MGM RESORTS INTERNATIONAL
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

JEREMY E ROSENTHAL on behalf of Creditor SIGNATURE TOWER 1, LLC
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

JEREMY E ROSENTHAL on behalf of Creditor SIGNATURE TOWER 2, LLC
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

JEREMY E ROSENTHAL on behalf of Creditor SIGNATURE TOWER 3, LLC
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

JEREMY E ROSENTHAL on behalf of Creditor THE SIGNATURE CONDOMINIUMS, LLC
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

JEREMY E ROSENTHAL on behalf of Creditor TOWER B, LLC
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

JEREMY E ROSENTHAL on behalf of Creditor TOWER C, LLC
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

JEREMY E ROSENTHAL on behalf of Creditor VENDIDO, LLC
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

JEREMY E. ROSENTHAL
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013

WAYNER TERRY on behalf of Creditor RICHARD P HEMAR
HEMAR, ROUSSO, & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436