Brian E. Goldberg  
Assistant United States Trustee  
State Bar # NY 3960952  
*brian.goldberg@usdoj.gov*  
Athanasios E. Agelakopoulos, Trial Attorney  
State Bar Numbers: GA 253634; DE 4491  
*athanasios.agelakopoulos@usdoj.gov*  
Edward M. McDonald Jr., Trial Attorney  
State Bar No.: NY 4126009  
*edward.m.mcdonald@usdoj.gov*  
**UNITED STATES DEPARTMENT OF JUSTICE**  
Office of the United States Trustee  
300 Las Vegas Boulevard, So., Suite 4300  
Las Vegas, Nevada 89101  
Tel: (702) 388-6600 Ext. 224  
Fax: (702) 388-6658  

**Attorneys for the United States Trustee for Region 17**  
      **TRACY HOPE DAVIS**

E-filed: August 17, 2015

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br>TURNBERRY/MGM GRAND TOWERS, LLC,<br>☒ Affects this Debtor. | Case No: BK-S-15-13706-ABL<br>Chapter 11<br><br>**JOINTLY ADMINISTERED UNDER**<br>**Case No. 15-13706-ABL** |
| IN RE:<br>TURNBERRY/MGM GRAND TOWER B, LLC,<br>☒ Affects this Debtor. | Case No: BK-S-15-13708-ABL<br>Chapter 11 |
| IN RE:<br>TURNBERRY/MGM GRAND TOWER C, LLC,<br>☒ Affects this Debtor. | Case No: BK-S-15-13709-ABL<br>Chapter 11 |

### Appointment of the Official
### <u>Committee of Unsecured Creditors</u>

To the Honorable August B. Landis, United States Bankruptcy Judge:

      Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official

committee of unsecured creditors in the above captioned cases:

    1.    **Scott L. Allen**
           44 W. Broadway
           Apt. 2401
           Salt Lake City, UT 84101

    2.    Thomas J. Wolf, Jr.
           **Wolf Trading, LLC**
           P.O. Box 400
           Marion, IL 62959

    3.    **John R. Hanson**
           7595 Cozyloft Drive
           Las Vegas, NV 89123

    4.    **Andres Alos**
           1901 Ponce de Leon Blvd., Ste. 209
           Coral Gables, FL 33134

    5.    **Douglas Schoen**
           1111 Park Ave.
           New York, NY 10128

Dated:  August 17, 2015

           **TRACY HOPE DAVIS**
           **UNITED STATES TRUSTEE, REGION 17**

           By:    */s/ Brian E. Goldberg*
                    Brian E. Goldberg
                    Assistant United States Trustee