Brian E. Goldberg  
Assistant United States Trustee  
State Bar # NY 3960952  
*brian.goldberg@usdoj.gov*  
Athanasios E. Agelakopoulos, Trial Attorney  
State Bar Numbers: GA 253634; DE 4491  
*athanasios.agelakopoulos@usdoj.gov*  
Edward M. McDonald Jr., Trial Attorney  
State Bar No.: NY 4126009  
*edward.m.mcdonald@usdoj.gov*  
**UNITED STATES DEPARTMENT OF JUSTICE**  
Office of the United States Trustee  
300 Las Vegas Boulevard, So., Suite 4300  
Las Vegas, Nevada 89101  
Tel: (702) 388-6600 Ext. 224  
Fax: (702) 388-6658  

E-filed: August 18, 2015

**Attorneys for the United States Trustee for Region 17**  
    **TRACY HOPE DAVIS**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>TURNBERRY/MGM GRAND TOWERS, LLC,<br>☒ Affects this Debtor. | Case No: BK-S-15-13706-ABL<br>Chapter 11<br><br>**JOINTLY ADMINISTERED UNDER Case No. 15-13706-ABL** |
| IN RE:<br>TURNBERRY/MGM GRAND TOWER B, LLC,<br>☒ Affects this Debtor. | Case No: BK-S-15-13708-ABL<br>Chapter 11 |
| IN RE:<br>TURNBERRY/MGM GRAND TOWER C, LLC,<br>☒ Affects this Debtor. | Case No: BK-S-15-13709-ABL<br>Chapter 11 |

### CERTIFICATE OF SERVICE

1. On August 17, 2015, I served the following document: *Appointment of the Official Committee of Unsecured Creditors* [Docket No. 114].

2. I served the above named document by the following means to the persons listed below:

1

1    a.    United States mail, postage fully prepaid:

| | |
|---|---|
| Turnberry/MGM Grand Tower B, LLC<br>Attn: Dr. Kenneth W. Wiles,<br>or officer, managing or general agent<br>11258 Corsica Mist Avenue<br>Las Vegas, NV 89135 | 37th Floor Investor Group LLC<br>10807 Osceola Mills St.<br>Las Vegas, NV 89141<br><br>Abraham, George<br>350 Capana Ave.<br>Miami, FL 33156 |
| Turnberry/MGM Grand Tower C, LLC<br>Attn: Dr. Kenneth W. Wiles,<br>or officer, managing or general agent<br>11258 Corsica Mist Avenue<br>Las Vegas, NV 89135 | Ace American Insurance Company<br>1133 Avenue of the Americas<br>New York, NY 10036 |
| Turnberry/MGM Grand Towers, LLC<br>Attn: Dr. Kenneth W. Wiles,<br>or officer, managing or general agent<br>11258 Corsica Mist Avenue<br>Las Vegas, NV 89135 | Adekunbi, Mojisola<br>4300 Stablemere Ct<br>Bowie, MD 20720<br><br>Adirim, aaron<br>6085 Lake Lindero Dr.<br>Agoura Hills, CA 91301 |
| Garmin Turner Gordon<br>Attn: Gregory E. Garmin<br>650 White Drive, Suite 100<br>Las Vegas, NV 89119 | Aggarwal, S.K.<br>10573 Sunblower Ave.<br>Las Vegas, NV 89135 |
| Garmin Turner Gordon<br>Attn: Talitha B. Gray Kozlowski<br>650 White Drive, Suite 100<br>Las Vegas, NV 89119 | Ahn, Sara<br>6110 Berkshire Lane<br>Minneapolis, MN 55446 |
| Fennemore Craig, P.C.<br>Attn: Thomas H. Fell, Esq.<br>300 S. Fourth Street, Suite 1400<br>Las Vegas, NV 89101 | Alexander, Leon<br>2199 Timbergrove Lane<br>Orange, CA 92867<br><br>Aliciaway, Edgardo<br>13 Joseph Dr<br>South San Francisco, CA 94080 |
| Scott L. Allen<br>44 W. Broadway, Apt. 2401<br>Salt Lake City, UT 84101 | Alonzo, Jorge<br>24305 Via La Casa<br>Valencia, CA 91354 |
| Thomas J. Wolf, Jr.<br>Wolf Trading, LLC<br>P.O. Box 400<br>Marion, IL 62959 | Alos, Andres<br>10481 N Kendall Dr<br>Miami, FL 33176-2790 |
| John R. Hanson<br>7595 Cozyloft Drive<br>Las Vegas, NV 89123 | Anderson, Matt<br>3382 Pines Estates Dr<br>West Bloomfield, MI 48323 |

| | |
|---|---|
| Andres Alos<br>1901 Ponce de Leon Blvd., Ste. 209<br>Coral Gables, FL 33134<br><br>Douglas Schoen<br>1111 Park Ave.<br>New York, NY 10128<br><br>Jonathan Baktari<br>512 Wiondmill Lane #509<br>Las Vegas, NV 89123<br><br>Julieta Balahadia<br>c/o Sherrine Tang<br>225 E. Broadway #B1021-A<br>Glendale, CA 91205<br><br>Prime Clerk LLC<br>830 Third Avenue, 9th Floor<br>New York, NY 10022 | Anderson, Michael<br>563 Bielenberg Dr<br>Ste 115<br>Saint Paul, MN 55125<br><br>Ansay, Charito<br>2920 Neilson Way<br>Ste 201<br>Santa Monica, CA 90405<br><br>Auer, Franz<br>PMB 224-2880 Bicentennial Pkwy<br>Ste 100<br>Henderson, NV 89044<br><br>Azar, Betty<br>9837 Queen Charlotte Dr<br>Las Vegas, NV 89145<br><br>Bajer, Josephine<br>1 Talmadge Ln<br>Basking Ridge, NJ 07920<br><br>David A Rotman<br>44 Montgomery Street, Suite 1150<br>San Francisco, CA 94104<br><br>QUIVX<br>1 East Charleston Blvd.<br>Las Vegas, NV 89104 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2015         **OFFICE OF THE UNITED STATES TRUSTEE**


By: _/s/ Melinda R. Davis_
       Melinda R. Davis
       An Authorized Employee of the United States Trustee

3