_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 28, 2015
_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ., NV Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ., NV Bar No. 9040
E-mail: tgray@gtg.legal
GABRIELLE A. HAMM, ESQ., NV Bar No. 11588
E-mail: ghamm@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000; Facsimile (725) 777-3112
*Attorneys for Debtors*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>TURNBERRY/MGM GRAND TOWERS, LLC,<br>☒ Affects this Debtor. | Case No.: 15-13706-abl<br>Chapter 11<br>**JOINTLY ADMINISTERED UNDER CASE NO.: 15-13706-abl** |
| In re :<br>TURNBERRY/MGM GRAND TOWER B, LLC,<br>☒ Affects this Debtor. | Case No.: 15-13708-abl<br>Chapter 11 |
| In re :<br>TURNBERRY/MGM GRAND TOWER C, LLC<br>☒ Affects this Debtor. | Case No.: 15-13709-abl<br>Chapter 11<br>Date:  September 14, 2015<br>Time:  9:30 a.m. |

### NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR DEBTORS' MOTION TO COMPEL REQUIRED BANKRUPTCY RULE 2019 DISCLOSURES

1  This Court having considered Debtors' ex parte application for order shortening time to hear Debtors' *Motion to Compel Required Bankruptcy Rule 2019 Disclosures* [ECF No. 161] (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED** and notice is hereby given that the Motion will be heard by a United States Bankruptcy Judge on the 14th day of September, 2015, at 9:30 a.m.

Copies of the Motion are on file with the clerk of the United States Bankruptcy Court for the District of Nevada, Las Vegas. Copies may also be obtained by contacting Gabrielle A. Hamm, Esq. of the law firm of Garman Turner Gordon LLP, whose contact information is identified above.

**IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be served upon entry; that any oppositions to the Motion must be filed and served by September 04, 2015; that replies to any oppositions filed must be filed and served by September 10, 2015; and that this hearing may be continued from time-to-time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP


BY: */s/ Gabrielle A. Hamm*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
GABRIELLE A. HAMM, ESQ.
*Attorneys for Debtors*