# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>TURNBERRY/MGM GRAND TOWERS, LLC,<br>☒ Affects this Debtor. | Case No.: 15-13706-abl<br>Chapter 11<br><br>**JOINTLY ADMINISTERED UNDER CASE NO.: 15-13706-abl** |
| In re :<br>TURNBERRY/MGM GRAND TOWER B, LLC,<br>☒ Affects this Debtor. | Case No.: 15-13708-abl<br>Chapter 11 |
| In re :<br>TURNBERRY/MGM GRAND TOWER C, LLC,<br>☒ Affects this Debtor. | Case No.: 15-13709-abl<br>Chapter 11 |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sebastian V. Higgins, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 28, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail to Joel Loaiza at an address that has been redacted for privacy:

- Notice of Filing Revised Proposed Orders for the: (A) Motion for Administrative Order Establishing Procedures for Interim Compensation of Estate Professionals; (B) Application for Order Approving: (I) Employment of Andare Corp as Manager of the Debtors *Nunc Pro Tunc* to the Petition Date; and (II) Dr. Kenneth Wiles as the Debtors' Designated Responsible Person; (C) Application for Order Approving the Employment of Garman Turner Gordon LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date; and (D) Application for Order (A) Authorizing Debtors to Employ and Retain Prime Clerk LLC as Notice, Claims, and Solicitation Agent *Nunc Pro Tunc* to the Petition Date and (B) as Administrative Advisor Pursuant to Section 327  [Docket No. 84]

- Motion for Entry of Administrative Procedures Order: (1) Establishing Bar Date for Filing Proofs of Claim; (2) Approving the Form and Manner for Filing Proofs of Claim; and (3) Limiting Notice of Documents Filed after the General Bar Date to Those Parties Asserting Claims or Requesting Notice [Docket No. 86]

- Declaration of Dr. Kenneth W. Wiles in Support of the Motion for Entry of Administrative Procedures Order: (1) Establishing Bar Date for Filing Proofs of Claim; (2) Approving the Form and Manner for Filing Proofs of Claim; and (3) Limiting Notice of Documents Filed After the General Bar Date to Those Parties Asserting Claims or Requesting Notice [Docket No. 87]

- Motion for Order Authorizing Maintenance of Prepetition Bank Accounts [Docket No. 88]

- Declaration of Dr. Kenneth W. Wiles in Support of the Motion for Order Authorizing Maintenance of Prepetition Bank Accounts [Docket No. 89]

- Application for Order Approving the Employment of Morris Law Group as Special Litigation Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 90]

- Declaration of Dr. Kenneth W. Wiles in Support of Application for Order Approving the Employment of Morris Law Group as Special Litigation Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 91]

- Notice of Hearing on: (i) Motion for Entry of Administrative Procedures Order: (1) Establishing Bar Date for Filing Proofs of Claim; (2) Approving the Form and Manner for Filing Proofs of Claim; and (3) Limiting Notice of Documents Filed after the General Bar Date to Those Parties Asserting Claims or Requesting Notice; (ii) Motion for Order Authorizing Maintenance of Pre-Petition Bank Accounts; (iii) Debtors' Motion for an Order: (I) Authorizing Post-Petition Financing, (II) Granting Liens And Providing Superiority Administrative Expense Claims, (III) Approving Loan Documents Relating to the Foregoing, (IV) Granting Relief from the Automatic Stay and Adequate Protection, and (V) Granting Other Related Relief; and (iv) Application for Order Approving the Employment of Morris Law Group as Special Litigation Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 92]

- Notice of Removal [Docket No. 94]

- Debtors' Motion for an Order: (I) Authorizing Post-Petition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Approving Loan Documents Relating to the Foregoing, (IV) Granting Relief from the Automatic Stay, and (V) Granting Other Related Relief [Docket No. 95]

- Declaration of Dr. Kenneth Wiles in Support of Debtors' Motion for an Order: (I) Authorizing Post-Petition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Approving Loan Documents Relating to the Foregoing, (IV) Granting Relief from the Automatic Stay, and (V) Granting Other Related Relief [Docket No. 96]

Dated: September 1, 2015

_____
Sebastian V. Higgins

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 1, 2015, by Sebastian V. Higgins, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _Liz Santodomingo_

**LIZ SANTODOMINGO**
**Notary Public, State of New York**
No. 01SA6301250
Qualified in New York County
**Commission Expires April 14, 2018**