Jon T. Pearson (NV Bar No. 10182)
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, NV 89106-4617
Telephone:  702/471-7000
Facsimile:   702/471-7070
Email:  pearsonj@ballardspahr.com

Jeremy Richards (*admitted pro hac vice*)
Shirley Cho (*admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jrichards@pszjlaw.com
          scho@pszjlaw.com

Counsel to Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>TURNBERRY/MGM GRAND TOWERS, LLC,<br><br>☑   Affects this Debtor. | Case No. 15-13706-abl<br>Chapter 11<br><br>**JOINTLY ADMINISTERED UNDER CASE NO.:** 15-13706-abl |
| In re:<br><br>TURNBERRY/MGM GRAND TOWER B, LLC,<br><br>☑   Affects this Debtor. | Case No. 15-13708-abl<br>Chapter 11 |
| In re:<br><br>TURNBERRY/MGM GRAND TOWER C, LLC,<br><br>☑   Affects this Debtor. | Case No. 15-13709-abl<br>Chapter 11<br><br>Hearing Date:  November 30, 2015<br>Time:                9:30 a.m. |

**LIMITED OBJECTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' MOTION FOR A FINAL ORDER: (I) AUTHORIZING POST-PETITION FINANCING, (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (III) APPROVING LOAN DOCUMENTS RELATING TO THE FOREGOING, (IV) GRANTING RELIEF FROM THE AUTOMATIC STAY, AND (V) GRANTING OTHER RELATED RELIEF**

DOCS_LA:293978.2 85482-002

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (the "Debtors") hereby files this limited objection (the "Objection") with respect to the *Debtors' Motion for an Order: (I) Authorizing Post-Petition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Approving Loan Documents Relating to the Foregoing, (IV) Granting Relief From the Automatic Stay, and (V) Granting Other Related Relief* (the "DIP Motion") [Docket 95]. In support of the Objection, the Committee respectfully represents as follows:

## LIMITED OBJECTION

1. At the hearing on the plaintiff's motion to dismiss on October 21, 2015, Debtors' counsel represented to this Court that the Debtors had reached the terms of an agreement with their insider members, MGM and Turnberry (the "Members") on the terms of a plan to be filed on or before November 30, 2015 that would unimpair all unsecured creditors and pay such claims in full. The Committee has not been provided a copy of such plan so we do not know what the plan will entail or how long it will take to confirm

2. In any event, for the plan to be meaningful, the Member who are also the DIP Lenders must commit adequate financing to assure the case can survive until plan confirmation (whenever that may be). The Committee has requested a revised DIP budget, but have not seen it as of the date of this filing.

3. Based on the professional fees incurred to date, the Debtor is almost out of availability, even if the DIP Motion is approved on a final basis. The DIP Lenders must increase their financing commitment for the administrative costs of these cases and Debtors must show that it is adequate to keep the case funded through anticipated confirmation date.

4. Without such a commitment to fund these cases now, the DIP Motion should be denied.

5. The Committee reserves the right to further supplement this pleading and make all arguments at the hearing upon circulation of the form of final DIP order and extended DIP budget.

DOCS_LA:293978.2 85482-002

WHEREFORE, for all the foregoing reasons, the Committee requests that the DIP Motion be denied unless the Debtors are able to demonstrate adequate funding for all administrative claims for the duration of these cases through plan confirmation.

Dated: November 16, 2015

/s/ Jon T. Pearson
Jon T. Pearson (NV Bar No. 10182)
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, NV 89106-4617
Telephone: 702/471-7000
Facsimile: 702/471-7070
Email: pearsonj@ballardspahr.com

and

Jeremy Richards (*admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jrichards@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors

DOCS_LA:293978.2 85482-002